UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:

ANA KLASSANOFF

Chapter 13

Case No. 19-23755-CGM

Debtor(s)
-----------------------------------------------------------x

# CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS

    KRISTA M. PREUSS, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.

Dated: White Plains, New York
      SEPTEMBER 27, 2022

          /s/ Krista M. Preuss
          Krista M. Preuss
          Chapter 13 Trustee
          399 Knollwood Road, Suite 102
          White Plains, New York 10603
          914-328-6333